450 A.2d 211

Commonwealth v. Mark Taylor a/k/a Irving
Taylor, Appellant.
Petition for Allowance of Appeal
Denied Dec. 6, 1982.

Submitted November 9, 1981. David G. Metinko, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.